AVERY WILLIAMS v. THE STATE.

No. 9558.   Delivered June 24, 1925.

Robbery—No Statement of Facts, Nor Bills of Exceptions.

No statement of facts, nor bills of exception appearing in the record, and no fundamental error being perceived, the cause is affirmed.

Appeal from the District Court of Jefferson County. Tried below before the Hon. Geo. C. O'Brien, Judge.

Appeal from a conviction of robbery by assault; penalty, thirty years in the penitentiary.

*F. S. Jones,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery by assault; punishment fixed at confinement in the penitentiary for a period of thirty years.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No fundamental error has been perceived. The judgment is affirmed..

*Affirmed.*